## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　CV No. 17-1234 RB/CG

$71,000 IN U.S. CURRENCY,

    Defendant-in-rem, and

JUSTIN MURPHY,

    Claimant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. The Court, having reviewed the parties' position papers and having discussed the matter with counsel, finds that conducting a settlement conference at this time would not be fruitful.

**IT IS THEREFORE ORDERED** that the settlement conference scheduled for October 25, 2018, (Doc. 28), is **VACATED**.

**IT IS SO ORDERED**.

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE