# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                       CV No. 17-1234 RB/CG

$71,000 IN U.S. CURRENCY,

    Defendant-in-rem, and

JUSTIN MURPHY,

    Claimant.

## ORDER SETTING TELEPHONIC HEARING

**THIS MATTER** is before the Court upon *Claimant's Motion to Compel Discovery Responses or in the Alternative Extend Discovery Deadline*, (Doc. 36), filed November 19, 2018. **IT IS HEREBY ORDERED** that a hearing will be held by telephone on **Wednesday, November 28, 2018 at 2:30 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

                                                              _____
                                                               THE HONORABLE CARMEN E. GARZA
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE