IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           CV No. 17-1234 RB/CG

$71,000 IN U.S. CURRENCY,

    Defendant-in-rem, and

JUSTIN MURPHY,

    Claimant.

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

**THIS MATTER** is before the Court upon Claimant's *Unopposed Motion for Continuance*, (Doc. 38), filed November 26, 2018, wherein Claimant asks the Court for a continuance of the hearing scheduled for November 28, 2018. The Court, having reviewed the motion and noting it is unopposed, finds the motion is well-taken and should be **GRANTED.**

    **IT IS THEREFORE ORDERED** that the hearing scheduled for November 28, 2018 is hereby **VACATED**.

    **IT IS FURTHER ORDERED** that a hearing will be held by telephone on **Wednesday, December 12, 2018 at 3:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE