**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               CV No. 17-1234 RB/CG

$71,000 IN U.S. CURRENCY,

    Defendant-in-rem, and

JUSTIN MURPHY,

    Claimant.

### ORDER DENYING CLAIMANT'S MOTION TO COMPEL DISCOVERY

**THIS MATTER** is before the Court on Claimant's *Motion to Compel Discovery Responses or in the Alternative Extend Discovery Deadline* (the "Motion"), (Doc. 36), filed November 19, 2018, and Plaintiff's *Response to Motion to Compel or Extend Discovery Deadline*, (Doc. 40), filed November 30, 2018. The Court conducted a telephonic discovery hearing on December 12, 2018, (Doc. 39).

At the hearing, the Court found that Claimant's counsel did not demonstrate due diligence in attempting to satisfy the discovery deadline. As such, the Court concluded there is not good cause to extend the discovery deadline.

**IT IS THEREFORE ORDERED** that Claimant's *Motion to Compel Discovery or in the Alternative Extend Discovery Deadline*, (Doc. 36), is **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE