IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             CV No. 17-1234 RB/CG

$71,000 IN U.S. CURRENCY,

    Defendant-in-rem, and

JUSTIN MURPHY,

    Claimant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, May 28, 2019 at 2:30 p.m.** Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959 to be connected to the proceedings.

    **IT IS SO ORDERED.**

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE