**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  CV No. 17-1234 RB/CG

$71,000 IN U.S. CURRENCY,

    Defendant-in-rem, and

JUSTIN MURPHY,

    Claimant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the June 24, 2019 settlement conference, where the parties settled this matter, (Doc. 54).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 25, 2019**.

                                               _____
                                               THE HONORABLE CARMEN E. GARZA
                                               CHIEF UNITED STATES MAGISTRATE JUDGE