FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL -9 2019

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             Civ. No. 17-1234 RB/CG

$71,000.00 IN UNITED STATES CURRENCY,

    Defendant-in-rem,

and

JUSTIN MURPHY,

    Claimant.

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the Court on the Settlement Agreement and Release between the United States and Claimant Justin Murphy. The Court has reviewed the agreement and is fully advised in the premises.

**IT IS THEREFORE ORDERED THAT:**

1. All right, title, and interest of Claimant Justin Murphy in $53,500.00 in U.S. currency is forfeited to the United States and title thereto is vested in the United States.

2. The United States will return $17,500.00 in U.S. currency to Claimant Justin Murphy.

3. The parties will bear their own costs and attorney fees in this case.

**IT IS SO ORDERED.**

_____
THE HONORABLE ROBERT C. BRACK
SENIOR UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

_/s/ Brandon L. Fyffe for_
KRISTOPHER DALE JARVIS
Assistant United States Attorney
200 North Church Street
Las Cruces, NM 88001
(575) 522-2304

APPROVED BY:

_/s/ W. Shane Jennings_
W. SHANE JENNINGS
Attorney for Claimant Justin Murphy
3530 Foothills Rd., Ste. K
Las Cruces, NM 88011
575-308-0308